IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REINALDO DEJESUS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE GOVERNMENT OF THE UNITED STATES OF AMERICA, et al. | : | NO. 15-5493 |

## ORDER

AND NOW, this 19th day of October, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
JUAN R. SÁNCHEZ, J.